# EXHIBIT 6

# Exhibit – Infringement Chart for U.S. Patent No. 11,766,622

**US12151182B2 *vs.* ASIN B0D9Y1HZS2**

**Amazon.com:** https://www.amazon.com/dp/B0D9Y1HZS2

**Sold by:** Dollarsign Limited

**Business Name:** Dollarsign Limited

| Claim 1 | Magnetic Blocks-100PCS Magnetic Building Blocks (the "Magnetic blocks") |
|---|---|
| 1.[pre] A magnetic suction building block, comprising a building block main body, wherein the building block main body is a square building block main body and formed by six side walls in mutual connection, | The Magnetic block meets this element:<br><br>The Magnetic block includes a main body that is cubic in shape. The main body is formed by six side walls connected to each other along their edges to define an enclosed cubic structure. |

| | |
|---|---|
| |  |
| 1.[a] the six side walls comprises a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall; | The Magnetic block meets this element:<br><br>See above, the Magnetic block includes a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall. |
| 1.[b] the building block main body further comprises four internal wall groups corresponding to four joints formed by the front side wall, the rear side wall, the left side | The Magnetic block meets this element:<br><br>The Magnetic block includes four internal wall groups located at the joints formed by the front side wall, rear side wall, left side wall, and right side wall of the main body. |

| | |
|---|---|
| wall and the right side wall respectively, | <br> |
| 1.[c] each internal wall group is located at a corresponding joint formed by two corresponding adjacent side walls respectively and comprises two internal walls connected with the two corresponding adjacent side walls respectively, | The Magnetic block meets this element:<br><br>See above,in the Magnetic block, each internal wall group is positioned at the junction where two adjacent side walls meet. Each group includes two internal walls that are joined respectively with the two adjacent side walls. |
| 1.[d] four compartments are defined by the four internal wall groups, the front side wall, the rear side wall, the left side wall and the right side wall, each compartment is defined by the | The Magnetic block meets this element:<br><br>The Magnetic block forms four compartments using the four internal wall groups together with the front, rear, left, and right side walls. Each compartment is bounded by the two internal walls of an internal wall group and the two adjacent side walls. |

| | |
|---|---|
| two internal walls of a corresponding internal wall group and the two corresponding adjacent side walls, |  |
| 1.[e] the building block main body further comprises an installation bracket, the installation bracket comprises a connecting shaft, four stop columns corresponding to the four compartments and four connection portions corresponding to the four stop columns, the connecting shaft is located between the upper side wall and the lower side wall, each connection portion is connected between the | The Magnetic block meets this element:<br><br>The Magnetic block includes an installation bracket structure. The installation bracket contains a connecting shaft positioned between the upper and lower side walls, four stop columns corresponding to the four compartments, and four connection portions linked between the connecting shaft and the respective stop columns. Each stop column is arranged within a corresponding compartment, and together with the upper and lower side walls, they define eight compartment units within the block. |

| | |
|---|---|
| connecting shaft and a corresponding stop column, each stop column is located at a corresponding compartment, two sides of each stop column, the upper side wall and the lower side wall define two compartment units located at two sides of the corresponding compartment, the sides of the four stop columns, the upper side wall and the lower side walls define eight compartment units, |   |
| 1.[f] eight magnet units corresponding to the eight compartment units are disposed inside the eight compartment units respectively; and the magnet unit is capable of rotating in a corresponding compartment unit, and the magnet unit is provided with a N pole and a S pole. | The Magnetic block meets this element:<br><br>The Magnetic block includes eight magnet units placed within the eight compartment units. Each magnet unit is positioned inside its respective compartment unit and can rotate freely within it. Each magnet unit has both an N pole and an S pole. |

| | |
|---|---|
| |  |

| Claim 4 | Magnetic Blocks-100PCS Magnetic Building Blocks (the "Magnetic blocks") |
|---|---|
| 4.[pre] A magnetic suction building block, comprising a building block main body, wherein the building block main body is formed by a plurality of side walls in mutual connection, the plurality of side walls comprises a plurality of first side walls connected in turn, an upper side wall connected to upper sides of the first side walls and a | The Magnetic block meets this element:<br><br>The Magnetic block includes a main body formed by six side walls connected to each other. These side walls include upper, lower, and surrounding first side walls that are joined together to form a closed structure. The joints are located between adjacent side walls, consistent with the configuration described. |

| | |
|---|---|
| lower side wall connected to lower sides of the first side walls, the plurality of first side walls form a plurality of joints, each joint is located between two adjacent first side walls, |  |
| 4.[a] the building block main body further comprises a plurality of internal wall groups corresponding to the plurality of joints, | The Magnetic block meets this element:<br><br>The Magnetic block includes four internal wall groups positioned at the joints formed by adjacent side walls. These internal wall groups correspond to the joints of the building block's main body. |

| | |
|---|---|
| |  |
| 4.[b] each internal wall group is located at a corresponding joint formed by two corresponding adjacent side walls respectively and comprises two internal walls connected with the two corresponding adjacent side walls respectively, | The Magnetic block meets this element:<br><br>See above, in the Magnetic block, each internal wall group is positioned at a joint formed by two adjacent side walls. Each group includes two internal walls respectively connected to the two corresponding adjacent side walls. |
| 4.[c] a plurality of compartments are defined by the plurality of internal wall groups and the first side walls, each compartment is defined by the two internal walls of a corresponding internal wall | The Magnetic block meets this element:<br><br>The Magnetic block includes four compartments that are defined by the internal wall groups together with the surrounding side walls. Each compartment is formed by the two internal walls of an internal wall group and the two adjacent side walls. |

| | |
|---|---|
| group and the two corresponding adjacent side walls, |  |
| 4.[d] the building block main body further comprises an installation bracket, the installation bracket comprises a connecting shaft, a plurality of stop columns corresponding to the plurality of compartments and a plurality of connection portions corresponding to the plurality of stop columns, the connecting shaft is located between the upper side wall and the lower side wall, each connection portion is connected | The Magnetic block meets this element:<br><br>The Magnetic block includes an installation bracket structure composed of a connecting shaft, four stop columns, and four connection portions. The connecting shaft is positioned between the upper and lower side walls, and each connection portion connects the connecting shaft to a corresponding stop column. Each stop column is arranged within a corresponding compartment, and together with the upper and lower side walls, they define eight compartment units. |

| | |
|---|---|
| between the connecting shaft and a corresponding stop column, each stop column is located at a corresponding compartment respectively, two sides of each stop column, the upper side wall and the lower side wall define two compartment units located at two sides of the corresponding compartment, the sides of the plurality of stop columns, the upper side wall and the lower side walls define a plurality of compartment units, |  |
| 4.[e] a plurality of magnet units is disposed at the plurality of compartment units respectively, each magnet unit is capable of rotating in a corresponding compartment unit, and each magnet unit comprises a N pole and a S pole. | The Magnetic block meets this element:<br><br>The Magnetic block includes eight magnet units placed within the eight compartment units. Each magnet unit is positioned inside its respective compartment unit and can rotate freely within it. Each magnet unit has both an N pole and an S pole. |

| | |
|---|---|
| | magnet unit |