# EXHIBIT 7

# Exhibit – Infringement Chart for U.S. Patent No. 12,151,182

**US12151182B2 *vs.* ASIN B0D9Y1HZS2**

**Amazon.com:** https://www.amazon.com/dp/B0D9Y1HZS2

**Sold by:** Dollarsign Limited

**Business Name:** Dollarsign Limited

| Claim 1 | Magnetic Blocks-100PCS Magnetic Building Blocks (the "Magnetic blocks") |
|---|---|
| 1.[pre] A magnetic suction building block, comprising: | The Magnetic blocks set contains magnetic suction building blocks.   |

| | |
|---|---|
| 1.[a] a building block main body, wherein the building block main body is a square building block main body and formed by six side walls in mutual connection; | The Magnetic block meets this element:<br><br>The magnetic block includes a main body that is cubic in shape. The main body is formed by six side walls connected to each other along their edges to define an enclosed cubic structure.<br><br> |
| 1.[b] wherein the six side walls comprises a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall; | The Magnetic block meets this element:<br><br>See above, the Magnetic block includes a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall. |

| | |
|---|---|
| 1.[c] wherein the building block main body further comprises four internal wall groups corresponding to four joints formed by the front side wall, the rear side wall, the left side wall and the right side wall respectively; | The Magnetic block meets this element:<br><br>The Magnetic block includes four internal wall groups located at the joints formed by the front side wall, rear side wall, left side wall, and right side wall of the main body.<br><br> |
| 1.[d] wherein each internal wall group is located at a corresponding joint formed by two corresponding adjacent side walls respectively and comprises two internal walls connected with the two corresponding adjacent side walls respectively; | The Magnetic block meets this element:<br><br>See above,in the Magnetic block, each internal wall group is positioned at the junction where two adjacent side walls meet. Each group includes two internal walls that are joined respectively with the two adjacent side walls. |

| | |
|---|---|
| 1.[e] wherein four compartments are defined by the four internal wall groups, the front side wall, the rear side wall, the left side wall and the right side wall, each compartment is defined by the two internal walls of a corresponding internal wall group and the two corresponding adjacent side walls; | The Magnetic block meets this element:<br><br>The Magnetic block forms four compartments using the four internal wall groups together with the front, rear, left, and right side walls. Each compartment is bounded by the two internal walls of an internal wall group and the two adjacent side walls.<br><br><br> |
| 1.[f] wherein the building block main body further comprises four supporting poles corresponding to the four compartments, each supporting pole is located at a corresponding compartment; | The Magnetic block meets this element:<br><br>The Magnetic block contains four supporting poles that correspond to the four compartments. Each supporting pole is positioned within its respective compartment. |

| | |
|---|---|
| |  |
| 1.[g] wherein the building block main body further comprises four groups of magnet units, each group of magnet units is received in a corresponding compartment, each group of magnet units comprises two magnet units at two opposite ends of a corresponding support pole; | The Magnetic block meets this element:<br><br>The magnetic block contains four sets of magnet units, each set arranged within its respective compartment. In each set, two magnet units are positioned at the opposite ends of a corresponding supporting pole. |

| | |
|---|---|
| |   |
| 1.[h] wherein each magnet unit is capable of rotating in a corresponding compartment, and each magnet unit is provided with an N pole and an S pole; | The Magnetic block meets this element:<br><br>See above, Each magnet unit of the Magnetic block is placed in a corresponding compartment and have enough room to rotate within the compartment. Each magnet unit has an N pole and an S pole. |
| 1.[i] wherein each internal wall group extends from the lower side wall to the upper side wall, each supporting pole and two corresponding magnet units at two opposite ends of each supporting pole are received in a corresponding compartment. | The Magnetic block meets this element:<br><br>In the Magnetic block, each internal wall group extends upward from the lower side wall to the upper side wall. The supporting poles are positioned so that two magnet units are mounted at their opposite ends, and each pair of magnet units is accommodated in its corresponding compartment. |

| | |
|---|---|
| |  |

| Claim 7 | Magnetic Blocks-100PCS Magnetic Building Blocks (the "Magnetic blocks") |
|---|---|
| 7.[pre] A magnetic suction building block, comprising: | The Magnetic blocks set contains magnetic suction building blocks. |

| | |
|---|---|
| |  |
| 7.[a] a building block main body, wherein the building block main body is a square building block main body and formed by six side walls in mutual connection; | The Magnetic block meets this element:<br><br>The Magnetic building block includes a main body that is cubic in shape. The main body is formed by six side walls connected to each other along their edges to define an enclosed cubic structure. |

| | |
|---|---|
| |  |
| 7.[b] wherein the six side walls comprises a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall; | The Magnetic block meets this element:<br><br>See above, the Magnetic block includes a front side wall, a rear side wall, a left side wall, a right side wall, an upper side wall and a lower side wall. |
| 7.[c] wherein the building block main body further comprises four internal wall groups corresponding to four joints formed by the front side wall, the rear side wall, the left side | The Magnetic block meets this element:<br><br>The Magnetic block includes four internal wall groups located at the joints formed by the front side wall, rear side wall, left side wall, and right side wall of the main body. |

| | |
|---|---|
| wall and the right side wall respectively; |  |
| 7.[d] wherein each internal wall group is located at a corresponding joint formed by two corresponding adjacent side walls respectively and comprises two internal walls connected with the two corresponding adjacent side walls respectively; | The Magnetic block meets this element:<br><br>See above,in the Magnetic block, each internal wall group is positioned at the junction where two adjacent side walls meet. Each group includes two internal walls that are joined respectively with the two adjacent side walls. |
| 7.[e] wherein four compartments are defined by the four internal wall groups, the front side wall, the rear side wall, the left side wall and the right side wall, each compartment is defined by the | The Magnetic block meets this element:<br><br>The Magnetic block forms four compartments using the four internal wall groups together with the front, rear, left, and right side walls. Each compartment is bounded by the two internal walls of an internal wall group and the two adjacent side walls. |

| | |
|---|---|
| two internal walls of a corresponding internal wall group and the two corresponding adjacent side walls; |  |
| 7.[f] wherein the building block main body further comprises four supporting poles corresponding to the four compartments, each supporting pole is located at a corresponding compartment; | The Magnetic block meets this element:<br><br>The Magnetic block contains four supporting poles that correspond to the four compartments. Each supporting pole is positioned within its respective compartment. |

| | |
|---|---|
| |  |
| 7.[g] wherein the building block main body further comprises four groups of magnet units, each group of magnet units is received in a corresponding compartment, each group of magnet units comprises two magnet units at two opposite ends of a corresponding support pole; | The Magnetic block meets this element:<br><br>The magnetic block contains four sets of magnet units, each set arranged within its respective compartment. In each set, two magnet units are positioned at the opposite ends of a corresponding supporting pole. |

| | |
|---|---|
| |   |
| 7.[h] wherein each magnet unit is capable of rotating in a corresponding compartment, and each magnet unit is provided with an N pole and an S pole; | The Magnetic block meets this element:<br><br>See above, Each magnet unit of the Magnetic block is placed in a corresponding compartment and have enough room to rotate within the compartment. Each magnet unit has an N pole and an S pole. |
| 7.[i] wherein the supporting poles are rod-shaped, and an extending direction of the compartments is identical with that of the supporting poles; | The Magnetic block meets this element:<br><br>The Magnetic block includes supporting poles that are rod-shaped. The compartments extend in the same direction as the supporting poles, maintaining a consistent vertical alignment within the structure. |

| | |
|---|---|
| | <br> |
| 7.[j] wherein each of the supporting poles is capable of moving upwards and downwards along the extending direction thereof. | The Magnetic block meets this element under the doctrine of equivalents, by utilizing the same method for be capable of adjusting the supporting poles upwards and downwards, that essentially achieving the same results |